IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:02-CR-54-TWT |
| GEORGE ANDRE AXAM, | |
| Defendant. | |

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 113] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 112]. The Defendant's objections to the Report and Recommendation do not address the Eleventh Circuit precedent relied upon by the Magistrate Judge. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 112] is DENIED. No Certificate of Appealability will be issued.

SO ORDERED, this 23 day of October, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge